IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Karen Ramirez-Hernandez<br>    Defendant. | CASE NUMBER 08-155874-SD<br><br>WAIVER OF REMOVAL HEARING |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this __4__ day of __April__, 2008.

X Karen Ramirez Hernandez
Defendant

_Brenda Sandruck_
Attorney for the Defendant